**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| GEORGE GILMORE, | : No. 93 EM 2016 |
| Petitioner | : |
| v. | : |
| PHILADELPHIA COURT OF COMMON PLEAS, PRESIDENT JUDGE SHEILA A. WOODS-SKIPPER, CHRISTOPHER THOMAS, DIRECTOR CMR/PPS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Review/Writ of Mandamus is **DENIED**, the Motion to Dismiss is **DISMISSED AS MOOT**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

    Justice Mundy did not participate in the consideration or decision of this matter.